UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REGALADO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SALINAS, a municipal corporation; STEPHEN CRAIG, individually and in his capacity as an officer for the City of Salinas Police Department; CARLO CALUPAD, individually and in his capacity as an officer for the City of Salinas Police Department; CAMERON MURPHY, individually and in his capacity as an officer for the City of Salinas Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-00096-KJM-EFB<br><br><u>ORDER</u> |

On January 17, 2017, plaintiff Jose Regalado filed this case in the Eastern District of California. Compl., ECF No. 1.  Regalado now moves to transfer this case to the Northern District of California, explaining that the case was inadvertently filed in this court.  Mot., ECF No. 5.  As Regalado explains, defendant City of Salinas and Regalado are both located in the Northern District.  *Id.* at 1–2.  In addition, no substantial part of the events part of the events or omissions giving rise to Regalado's claims occurred in this District.  *Id.* at 2; *see generally*

1 | Compl. Regalado's motion was filed before City of Salinas answered the complaint or otherwise
2 | appeared in this court.
3 |       Because no party to the action is located in the Eastern District, and because no
4 | substantial part of the events giving rise to the complaint occurred in the Eastern District, the
5 | court finds venue is improper in this District. *See* 28 U.S.C. § 1391(e)(1)(A)–(C). The court
6 | finds it is in the interest of justice to transfer this case to the district where all parties in this action
7 | appear to be located. *See* 28 U.S.C. § 1406(a); *see also* 28 U.S.C. § 1404(a) (permitting transfer
8 | for the convenience of the parties). Accordingly, the court GRANTS the motion. This case is
9 | transferred to the United States District Court for the Northern District of California.
10 |       This order resolves ECF No. 5.
11 |       IT IS SO ORDERED.
12 | DATED: February 28, 2017

_____
UNITED STATES DISTRICT JUDGE