IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE REGALADO,

    Plaintiff,

v.

CITY OF SALINAS, et al.,

    Defendants.

Case No. 17-cv-01068-MMC

**ORDER DIRECTING CLERK TO TRANSFER ACTION TO SAN JOSE DIVISION**

In the instant action, plaintiff, a resident of Salinas, California, claims peace officers employed by the Salinas Police Department unlawfully detained him, subjected him to excessive force, and deprived him of medical care. Salinas is located in Monterey County.

Because a "substantial part of the events or omissions which give rise to the claim" occurred in Monterey County -- indeed, all of the alleged "events or omissions which give rise to the claim" occurred in Monterey County -- see Civil L.R. 3-2(c), the Clerk is hereby DIRECTED to transfer the action to the San Jose Division, see Civil L.R. 3-2(e) (providing "all civil actions which arise in the count[y] of . . . Monterey shall be assigned to the San Jose Division"); Civil L.R. 3-2(h).

**IT IS SO ORDERED.**

Dated: March 10, 2017

MAXINE M. CHESNEY
United States District Judge