JOHN L. BURRIS, Esq., SBN 69888
LATEEF GRAY, Esq., SBN 250055
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
lateef.gray@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSE REGALADO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SALINAS, a municipal corporation; STEPHEN CRAIG, individually and in his capacity as an officer for the City of Salinas Police Department; CARLO CALUPAD, individually and in his capacity as an officer for the City of Salinas Police Department; CAMERON MURPHY, individually and in his capacity as an officer for the City of Salinas Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　　　Defendants. | CASE NO.: 5:17-cv-01068-EJD<br><br>**REQUEST AND [~~PROPOSED~~] ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 16-10(a), Plaintiff respectfully requests that this Court grant permission to the Law Offices of John L Burris, Plaintiff's Lead Counsel, to appear by telephone for the Case Management Conference scheduled for July 13, 2017 at 10:00 a.m. In support of this request, the undersigned represents that (i) counsel for the Defendants have no opposition to this request; (ii) lead counsel, John L. Burris and Lateef H. Gray, will be in trial in the Los Angeles Superior Court on July 13, 2017; (iii) all other members of the Law Offices of John L. Burris, who are licensed to practice in the Northern District of California, have previously scheduled matters that cannot be rescheduled.

WHEREFORE, Plaintiff respectfully requests leave of this Court for an attorney from the Law Offices of John L. Burris to appear by telephone for the July 13, 2017 Case Management Conference.

DATED: July \_\_\_\_, 2017            **LAW OFFICES OF JOHN L. BURRIS**

                                                        /s/ *Lateef H. Gray*
                                                        Lateef H. Gray
                                                        Attorney for Plaintiff

**REQUEST AND [PROPOSED] ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

**CASE NO.: 5-17-cv-01068 EJD**

# [PROPOSED] ORDER

Plaintiff's attorney's request for a member of The Law Offices of John L. Burris to appear by telephone for the Case Management Conference Scheduled for July 13, 2017 at 10:00 a.m. is hereby GRANTED.

**IT IS SO ORDERED:**

DATED: July  6 , 2017

_____
HON. EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE

**REQUEST AND [PROPOSED] ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

**CASE NO.: 5-17-cv-01068 EJD**